1

2

3

4      UNITED STATES DISTRICT COURT

5      NORTHERN DISTRICT OF CALIFORNIA

6

7    GEORGE JARVIS AUSTIN,                    Case No.  21-cv-03108-JCS
              Plaintiff,

8
         v.                                   **ORDER TO SHOW CAUSE**
9
     UNITED STATES POSTAL SERVICE,
10
              Defendant.
11

12

13        Plaintiff filed an application to proceed in forma pauperis that did not include complete

14   information, making it impossible for the Court to determine whether he is indigent.  The Court

15   Ordered Plaintiff to provide additional information by May 21, 2021.  *See* Docket No. 4.  The

16   deadline has now passed and Plaintiff has not supplied the requested information.  In addition,

17   although Plaintiff made a payment to the Clerk's Office of $100, the full filing fee is $402.

18   Because Plaintiff has declined consent to magistrate judge jurisdiction, the undersigned intends to

19   reassign this case to a district judge with a report and recommendation addressing whether this

20   case should be permitted to go forward.   Plaintiff is therefore ORDERED TO SHOW CAUSE

21   why this case should not be dismissed because Plaintiff has neither paid the full filing fee nor

22   supplied the additional information requested by the Court to support his application  to proceed in

23   forma pauperis.  Plaintiff may file a response no later than June 4, 2021.

24        **IT IS SO ORDERED.**

25   Dated:  May 24, 2021

26   _____

27   JOSEPH C. SPERO
     Chief Magistrate Judge

28

*United States District Court*
*Northern District of California*